IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TINA HICKMAN,

          Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

          Defendant.

Case No. 20-cv-300-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew Saul, Commissioner of Social Security against plaintiff Tina Hickman dismissing this case for lack of prosecution.

| s/ K. Frederickson, Deputy Clerk | 3/23/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |